DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058
EMAIL:  deltalawgroup@yahoo.com

Attorneys for Plaintiff
BARBARA M. PRICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA M. PRICE, | ) Case No. 2:14-cv-00283-JAM-EFB |
| | ) |
|      Plaintiff, | ) **STIPULATION FOR EXTENSION OF** |
| | ) **DISCOVERY DEADLINES; ORDER** |
| v. | ) |
| | ) |
| JAMES MARTIN, CHRONIC HEALTH | ) |
| SOLUTIONS, DENT-A-MED dba HC | ) |
| PROCESSING CENTER and DOES 1 | ) |
| through 20, inclusive, | ) |
| | ) |
|      Defendants. | ) |

**STIPULATION**

Plaintiff BARBARA M. PRICE, and Defendant DENT A MED, INC. dba HC PROCESSING CENTER, hereby stipulate that the Court's Status (Pre-trial Scheduling) Order dated July 21, 2014, a copy of which is attached hereto as Exhibit "A", be modified as follows:

1.    Discovery cutoff:                         4/10/15;

2.    Dispositive motion filing:               5/20/15;

3.    Dispositive motion hearing:              6/17/15 @ 9:30 AM;

4.    Joint pre-trial statement due:           7/24/15;

5.    Pretrial conference:                     7/31/15 @ 10:00 AM;

6.    Jury trial:                              9/28/15 @ 9:00 AM.


There is good cause for the proposed modification of the Status (Pre-trial Scheduling) Order.  The parties have engaged in extensive written discovery but before taking expensive depositions, which would entail cross-country travel, the parties want to explore settlement negotiations.  Extending the discovery deadline would permit the parties to do so.

There have not been any previous time modifications related to discovery in this case.

For the foregoing reasons, and good cause appearing, the parties request that the Court modify the Status (Pre-trial Scheduling) Order as set forth herein.

**IT IS SO STIPULATED.**

DATED: January 27, 2015          DELTA LAW GROUP

                                      */s/ Jim G. Price*

                            BY:_____
                                  JIM G. PRICE*
                                  Attorneys for Plaintiff
                                  BARBARA M. PRICE

DATED: January 27, 2015          SUPPA, TRUCCHI & HENEIN, LLP

                                      */s/ Samy S. Henein*

                                 BY:_____
                                      SAMY S. HENEIN
                                      Attorneys for Defendant
                                      DENT A MED, INC. dba
                                      HC PROCESSING CENTER


                                 **ORDER**

   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 29, 2015


                                 /s/ JOHN A. MENDEZ
                                 _____
                                 JOHN A. MENDEZ
                                 United States District Court Judge




*I, Jim G. Price, am the ECF user whose identification and
password are being used to file this Stipulation for Discovery
Deadlines.  I hereby attest that Samy S. Henein has concurred in
this filing.
*/s/ Jim G. Price*