DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA 94513
TELEPHONE: 925-516-4686
FACSIMILE: 925-516-4058

Attorneys for Plaintiff
BARBARA M. PRICE

SAMY S. HENEIN, ESQ., SBN 171356
SUPPA, TRUCCHI & HENEIN, LLP
3055 INDIA STREET
SAN DIEGO, CA 92103-6013
TELEPHONE: 619-297-7330

Attorneys for Defendant
DENT A MED, INC. dba
HC PROCESSING CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA M. PRICE,<br><br>　　Plaintiff,<br><br>　vs.<br><br>JAMES MARTIN, CHRONIC HEALTH SOLUTIONS, DENT-A-MED dba HC PROCESSING CENTER and DOES 1 through 20, inclusive,<br><br>　　Defendants. | Case No.: 2:14-cv-00283-JAM-EFB<br><br>**STIPULATION RE: BINDING CONTRACTUAL ARBITRATION AND ORDER STAYING PROCEEDINGS** |

## STIPULATION

WHEREAS, the parties, Plaintiff BARBARA M. PRICE and Defendant DENT-A-MED dba HC PROCESSING CENTER, by and through their counsel of record, met and conferred regarding binding arbitration;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, as follows:

1. The matter shall be resolved via a binding arbitration with JAMS;
2. The parties waive any right to a jury trial;
3. Plaintiff shall proceed in this arbitration on an individual basis and not as the class representative of any type;
4. The matter shall be arbitrated before JAMS . The parties shall mutually agree on an arbitrator, and if they are unable to agree, the JAMS' selection process for an arbitrator shall apply.
5. Pre-Arbitration Discovery may be conducted in accordance with the Federal Rules of Civil Procedure, including interrogatories, request for production of documents and depositions.
6. The Federal Court proceeding concerning this matter shall be stayed pending the outcome of arbitration. There are other Defendants in this action who are not parties to this stipulation, but they have all been defaulted. Plaintiff shall prove-up judgments against those Defendants after the arbitration of this matter.
7. The arbitration hearing shall be held at/near Sacramento, CA.
8. By stipulating to arbitration neither party is waiving any argument they may have as to whether or not Utah law shall apply in the arbitration.

IT IS SO STIPULATED

DATED: April 3, 2015				DELTA LAW GROUP

					/s/ Jim G. Price

				BY:_____
					JIM G. PRICE*
					Attorneys for Plaintiff
					BARBARA M. PRICE


DATED: April 3, 2015				SUPPA, TRUCCHI & HENEIN

					/s/ Samy S. Henein

				BY:_____
					SAMY S. HENEIN
					Attorney for Defendant
					DENT A MED, INC. dba
					HC PROCESSING CENTER



*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulation Re: Binding Contractual Arbitration and Order Staying Proceedings. I hereby attest that Samy S. Henein has concurred in this filing.
/s/ *Jim G. Price*