DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:   925-516-4058
EMAIL:  deltalawgroup@yahoo.com

Attorneys for Plaintiff
BARBARA M. PRICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA M. PRICE,<br><br>        Plaintiff,<br><br>   vs.<br><br>JAMES MARTIN, CHRONIC HEALTH SOLUTIONS, DENT-A-MED dba HC PROCESSING CENTER and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: 2:14-cv-00283-JAM-EFB<br><br>**ORDER COMPELLING BINDING ARBITRATION AND STAYING PROCEEDINGS** |

## **RECITALS**

On April 3, 2015, the parties entered into a stipulation to submit the matter to binding arbitration pursuant to the Stipulation filed with this Court on April 3, 2015 and incorporated

herein.  In agreeing to submit the matter to binding arbitration, the Plaintiff agrees to waive her right to a trial by jury.

Per the stipulation of the parties, this Court shall maintain jurisdiction under 9 U.S.C.A. § 9 to enforce any award resulting from the binding arbitration.

**ORDER**

GOOD CAUSE APPEARING,

IT IS SO ORDERED, that the matter is stayed and ordered to binding arbitration in conformity with the Stipulation.  All hearing dates currently on calendar are vacated.

This Court shall maintain jurisdiction under 9 U.S.C.A. § 9 to enforce any award resulting from the binding arbitration.

DATED:  April 3, 2015

/s/ John A. Mendez_____
U.S. DISTRICT JUDGE JOHN A. MENDEZ