Samy S. Henein, Esq. (#171356)
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330
Facsimile (619) 297-9658

Attorneys for Defendant DENT-A-MED, INC.
dba HC PROCESSING CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA PRICE, an individual, | Case No.: 2:14-cv-00283-JAM-EFB |
| Plaintiff, | **DEFENDANT DENT-A-MED, INC.'S NOTICE OF MOTION AND MOTION TO VACATE ARBITRATION AWARD** |
| v. | |
| DENT-A-MED, INC. dba HC PROCESSING CENTER, *et al.*, | DATE: September 18, 2018
TIME: 1:30 p.m.
CRTRM: 6 |
| Defendants. | Hon. John A. Mendez |

To Plaintiff BARBARA PRICE and to her attorneys of record:

NOTICE IS HEREBY GIVEN that on September 18, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of this court, located at 501 I Street, Sacramento, CA 95814, Defendant DENT-A-MED, INC. dba HC PROCESSING CENTER, will, and hereby does, move for an order vacating the Arbitration Award issued by JAMS Arbitrator Hon. Read Ambler on May 9, 2018.

////
////
////
////
////

The motion will be based on this motion and notice of hearing, on the declaration of Samy Henein and the supporting memorandum and request for judicial notice served and filed herewith, on the records and file herein, and on such evidence as may be presented at the hearing of the motion.

SUPPA, TRUCCHI AND HENEIN LLP

DATE: August 16, 2018          By: /s/ Samy Henein
                                   Samy S. Henein, Esq.
                                   Attorney for Defendant
                                   DENT-A-MED, INC.
                                   dba HC PROCESSING CENTER