1  Ronald Wilcox, Bar No. 176601
   Wilcox Law Firm, P.C.
2  2021 The Alameda, Suite 200
   San Jose, California 95126
3  Tel: 408-296-0400
   Fax: 408-296-0486
4  ronaldwilcox@gmail.com
5
   Jim G. Price
6  Delta Law Group
   P.O. Box. 1417
7  Brentwood, California 94513
   Tel: 925-516-4686
8  Fax: 925-516-4058
   lawofficesofjgp@sbcglobal.net
9
10
   Attorneys for Plaintiff Barbara Price
11
                    **UNITED STATES DISTRICT COURT**
12                  **EASTERN DISTRICT OF CALIFORNIA**
                         **SACRAMENTO DIVISION**
13

14  BARBARA PRICE, an individual              Case No. 2:14-cv-00283-JAM-EFB

15            Plaintiff,                       *Jam*
                                               [~~PROPOSED~~] **JUDGMENT**
16       v.
                                               [Filed concurrently with the Notice of
17  DENT-A-MED DBA HC PROCESSING               Motion, Memorandum of Points and
    CENTER, *et al.*,                          Authorities, and Declaration of Ronald
18                                             Wilcox]
            Defendants.
19
                                                Date: September 18, 2018
20                                              Time: 1:30 p.m.
                                                Courtroom: 6
21                                              Judge: The Honorable John A. Mendez
22

23

24

25       The motion of Plaintiff Barbara Price to Confirm the Arbitration Final Award against

26  Defendant Dent-A-Med d/b/a HC Processing Center came on for hearing on September 18, 2018

27  at 1:30 p.m. in Courtroom 6 on the 14th Floor of the above-entitled Court. The appearance of the

28
                                               1

parties and/or counsel are reflected in the official records of the proceedings. After consideration

of the moving papers, including declarations, evidence, and points and authorities submitted in

support thereof, and after consideration of any opposition and reply submitted and the argument

of the parties and/or their counsel, and good cause appearing, the Court finds that pursuant to 9

U.S.C. § 9, the May 10, 2018 Final Award issued in JAMS Reference Number 1130006366, by

the Arbitrator, the Honorable Read Ambler (Ret.), is hereby confirmed in its entirety.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.     Judgment is entered in favor of Plaintiff Barbara Price, and Against Dent-A-Med

d/b/a HC Processing Center;

2.     The credit agreement between Barbara Price and Dent-A-Med was unilaterally

rescinded, and Ms. Price owes Dent-A-Med no money thereunder;

3.     Respondent shall, within five days of this Judgment, make any and all efforts to

ensure that Claimant's credit reports are correct;

4.     Judgment in the amount of $738,400 is entered in favor of Plaintiff Barbara Price

and Against Defendant Dent-A-Med;

5.     Judgment in the amount of $411,774.95, consisting of $408,366 in attorneys' fees

and $3,408.95 in costs, is entered in favor of the Wilcox Law Firm, P.C., and against

Defendant Dent-A-Med;

6.     Judgment in the amount of $188,247.45, consisting of $176,040 in attorneys' fees

and $12,207.45 in costs, is entered in favor of the Delta Law Group, and against Dent-A-

Med;

7.     Prejudgment Interest on the $100,000 damages for emotional distress, at the rate of

10% per annum, starting to accrue as of the date of the COP 998 Offer

of August 22, 2016; and

2

7#. Post-Judgment Interest on the $1,338,442.40 judgment accruing at a legal rate of 2.27% ~~per day~~ annually from the date of entry of the award pursuant to 28 U.S.C. § ~~691~~ 1961.

IT IS SO ORDERED, ADJUDGED, AND DECREED

Dated: September 18, 2018

_____
U.S. DISTRICT JUDGE